## 28416. BIBB COUNTY DISTRIBUTING COMPANY v. CHANIN et al.
## 28417. BIBB COUNTY v. CHANIN et al.
## 28418. BLACKMON v. CHANIN et al.

GRICE, Presiding Justice. These appeals from a judgment of the Superior Court of Bibb County present the same issues and are therefore controlled by the decision of this court in *Blackmon v. Golia,* 231 Ga. 381.

*Judgment affirmed. All the Justices concur, except Ingram, J., who dissents.*

ARGUED NOVEMBER 13, 1973 — DECIDED NOVEMBER 30, 1973.

*Lefkoff & Hanes, Paul L. Hanes,* for Bibb Dist. Co.
*Sell, Comer & Popper, E. S. Sell, Jr.,* for Bibb County.
*Arthur K. Bolton, Attorney General, Richard L. Chambers, Assistant Attorney General,* for Blackmon.
*Melton, McKenna & House, Mitchell P. House, Jr.,* for appellees.